UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA THRASHER, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff[s],

v.                                              Case No. 8:25-CV-2095

QUIKAID, INC.,

    Defendant[s].

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

                                        */s/ Rachel Dapeer*_____
                                        **DAPEER LAW, P.A.**
                                        Rachel Dapeer, Esq.

Florida Bar No. 108039
rachel@dapeer.com
520 South Dixie Hwy, # 240
Hallandale Beach, FL 33009
Telephone: 954-799-5914

Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiff and the Class*