## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**TANYA THRASHER,** individually and            :
on behalf of all others similarly situated,     :
                                                :
      Plaintiff,                             :        Case No. 8:25-cv-2095
v.                                              :
                                                :
**QUIKAID, Inc.,**                              :
                                                :
      Defendant.                             :
_____/

### DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I, on behalf of Defendant Quikaid, Inc.,

that this action **IS NOT** related to any pending or closed civil or criminal case filed

with this Court, or any other federal or state court, or administrative agency.

Dated:     September 15, 2025     Respectfully Submitted,

                                         **MARK FERRER & HAYDEN**
                                         80 S.W. 8th Street, Suite 1999
                                         Miami, Florida 33130
                                         Telephone: (305) 374-0440

                                         By: *s/ Yaniv Adar*
                                         Yaniv Adar, Esq.*
                                         Florida Bar No. 63804
                                         yaniv@mfh.law
                                         eservice@mfh.law

                                         *Attorneys for Defendant Quikaid, Inc.*

                                         *Denotes designation of Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on September 15, 2025, which served same electronically upon all counsel of record.

/s/ Yaniv Adar
Yaniv Adar